**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL BEAN-EL, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:08CV1122-DJS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on July 16, 2009, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #22] is accepted and adopted.

Dated this __3rd__ day of August, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE